UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kurtia Thomas,<br><br>                  Plaintiff,<br><br> -against-<br><br>Ponce Financial Group, Inc. and Mortgage World Bankers, Inc.,<br><br>                  Defendants. | 23-CV-01540 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated January 9, 2024 (ECF 37), Judge Jennifer H. Rearden referred this case to me for general pretrial matters. On January 4, 2024, Defendants filed a letter motion seeking an informal conference to address a discovery dispute. (ECF 36.) On January 10, 2024, Defendants filed a letter request to withdraw their motion based on Plaintiff's representations that certain discovery defects would be remedied on or before January 31, 2024. (*See* ECF 38.) On January 12, 2024, I granted Defendants' request. (ECF 39.) In accordance with the Civil Management Plan and Scheduling Order in this action, counsel for the parties must meet in person for at least one hour to discuss settlement within 14 days following the close of fact discovery. (ECF 32.)

      IT IS HEREBY ORDERED that by **February 15, 2024**, the parties must submit a joint letter advising the Court as to the status of the parties' settlement discussions. In the joint letter the parties shall include whether settlement assistance through (1) the District's Court-annexed mediation program or (2) a settlement conference would be productive at this time.

DATED: January 17, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge