# JacksonLewis

Jackson Lewis P.C
58 South Service R
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024

MY DIRECT DIAL IS: (631) 247-4660
MY EMAIL ADDRESS IS: MARC.WENGER@JACKSONLEWIS.COM

March 18, 2024

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   Kurtia Thomas v. Ponce Financial Group, Inc., et al.,
        Case No. 23 Civ. 01540 (JHR)(RFT)

Dear Judge Rearden:

We write on behalf of Defendants Ponce Financial Group, Inc. ("Ponce") and Mortgage World Bankers, Inc. ("MWB") (collectively, "Defendants"), and with the consent of counsel for Plaintiff, to respectfully request pursuant to Your Honor's Individual Rule 2(A) that the Court (1) endorse the following briefing schedule for Defendants' anticipated Motion for Summary Judgment, and (2) stay the parties' time to file the Joint Pretrial Order in this case until 75 days after the Court issues a decision on Defendants' forthcoming Motion for Summary Judgment. This is Defendants' first request for an extension of time to file their Motion for Summary Judgment and the parties' first request to stay the parties' time to file the Joint Pretrial Order.

Pursuant to paragraph 14 of the Scheduling Order, So Ordered on October 18, 2023 (Dkt. No. 32), Defendants intend to move for Summary Judgment on Plaintiff's claims within 60 days after the close of expert discovery. Expert discovery closed on February 19, 2024 (Dkt. No. 32, ¶ 9(d)) and, therefore, Defendants' moving papers are due by April 19, 2024. Defendants respectfully request that the Court extend Defendants' time to file their Motion for Summary

**JacksonLewis**

Hon. Jennifer H. Rearden
March 18, 2024
Page 2

Judgment moving papers two weeks – to May 3, 2024.  This extension is necessary as both attorneys serving as Defendants' counsel in this matter will be away and out of the country between March 29-April 7 and April 15-23, 2024, respectively, and will require this additional time to finalize their moving papers. Plaintiff consents to this extension request.

The parties have met and conferred and respectfully submit for the Court's endorsement the following proposed briefing schedule for Defendants' anticipated Motion for Summary Judgement:

1. May 3, 2024 – Defendants file their moving papers;
2. June 7, 2024 – Plaintiff files her opposition papers; and,
3. July 9, 2024 – Defendants file their reply papers.

Further, as Defendants will move for Summary Judgment in this case, in the event the Court does not grant summary judgment on all of Plaintiff's claims, the parties respectfully request the Court extend Your Honor's Individual Rule 7(A) 30-day deadline to submit the parties' Joint Pretrial Order to 75 days after the Court issues its decision on Defendants' Motion for Summary Judgment due to the complexities in this case.

The parties appreciate Your Honor's attention and consideration of this joint request.

Respectfully submitted,

JACKSON LEWIS P.C.

s/ *Marc S. Wenger*
Marc S. Wenger

MSW:dc

cc: All counsel of record, Via ECF

4884-5895-7218, v. 1

---

Application GRANTED IN PART AND DENIED IN PART.  The Civil Case Management Plan and Scheduling Order in this case was entered on October 18, 2023.  ECF No. 32.  Thus, the parties have had five months' notice of the April 19, 2024 deadline to move for summary judgment. In addition, the Case Management Plan provided that the deadlines therein would "not be further extended absent extraordinary circumstances," ECF No. 32 at 1, and "may not be modified, or the dates herein extended, except by further Order of the Court for good cause shown." *Id.* at 3.  As a one-time accommodation, the Court will extend the deadline to move for summary judgment to **Monday, April 29, 2024**.  Opposition papers shall be filed by **Tuesday, May 28, 2024**.  Reply papers in further support of Defendants' motion shall be filed by **Monday, June 17, 2024**.  The parties shall file the joint pretrial order within 45 days of the Court's decision on Defendants' summary judgment motion.  The Clerk of Court is directed to terminate ECF No. 43.  SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: March 27, 2024